

# MANDATE

## The Fifteenth Court of Appeals

NO. 15-24-00059-CV

Roy Eriksen, Appellant

v.

Jane Nelson, in her official capacity as Secretary of State of the State of Texas, Appellee

Appealed from the 11th District Court of Harris County. (Trial Court No. 2019-76841). Opinion delivered by Justice Field. Justices Brister and Farris also participating.

**TO THE 11TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on January 30, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Jane Nelson, in her official capacity as Secretary of State of the State of Texas, signed August 8, 2023, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Roy Eriksen, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, on April 17, 2025.

CHRISTOPHER A. PRINE, CLERK